## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-62496-Civ-COOKE/HUNT

HAYWARD INDUSTRIES, INC,

      Plaintiff,

vs.

FLORIDA SUNSEEKER,
JRDEACON LLC, SUNSEEKER LED LLC,
and JEFFREY DEACON,

      Defendants.

_____/

### ORDER DENYING MOTION TO DISMISS

THIS MATTER is before the Court on Defendants' Motion to Dismiss ("Motion") (ECF No. 63).

Plaintiff brings this action against Defendants asserting a number of claims including false advertising, trademark infringement, counterfeiting, and unfair competition under Florida state law and the Lanham Act.  After transfer from the District of New Jersey, Defendants move this Court to dismiss the Complaint as a shotgun pleading in violation of Rules 8 and 10 of the Federal Rules of Civil Procedure.  *See* ECF No. 63.  The Court has reviewed the Complaint and disagrees that it is a shotgun pleading warranting dismissal.

The Complaint "include[s]…short and plain statement[s] of the claim[s] showing that [Plaintiff] is entitled to relief." *Weiland v. Palm Beach County Sheriff's Office*, 792 F.3d 1313, 1320 (11th Cir. 2015) (internal quotations and citations omitted).  As permitted under Rule 10(b) and (c), the Complaint also states Plaintiff's claims in numbered paragraphs that are limited, as far as practicable, to a single set of circumstances.  *Id.*  "A dismissal under Rules 8(a)(2) and 10(b) is appropriate where it is virtually impossible to know which allegations of fact are intended to support which claim(s) for relief." *Weiland*, 792 at 1325.  "No such virtual impossibility exists in this case." *Id.*  Consequently, Defendants' Motion (ECF No. 63) is **DENIED**.

**DONE and ORDERED** in chambers, Miami, Florida, this 12th day of April 2021.

MARCIA G. COOKE
United States District Judge


Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*